### COMMONWEALTH of Pennsylvania, Respondent,

v.

### Daniel Paul CHRISTMAN, Petitioner.

Supreme Court of Pennsylvania.

Dec. 13, 1999.

Edward F. Browne, Jr., Lancaster, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 13th day of December, 1999, the Petition for Allowance of Appeal is GRANTED and the order of the Superior Court is REVERSED. *Commonwealth v. Lantzy,* 558 Pa. 214, 736 A.2d 564 (1999).

IT IS FURTHER ORDERED that this matter be remanded to the PCRA court for an evidentiary hearing on the reasons for counsel's failure to file a timely brief on

Petitioner's direct appeal to the Superior Court.